UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-                       1:21-cr-183-GHW

    KASSEM HIJAZI,                     ORDER

                                Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    A proceeding was scheduled to take place in this matter on July 18, 2022 at 11:00 a.m. The assigned Assistant United States Attorney, court reporter, interpreter, and the defendant, together with his escort, appeared timely. Counsel for the defendant did not appear. He did not request an adjournment of the conference. Because counsel for the defendant did not appear, the conference did not take place.

    The Court will hold a conference in this matter on July 22, 2022 at 11 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. For the avoidance of doubt, counsel is ORDERED to attend the conference as scheduled. Counsel for the defendant should be prepared to show cause why he should not be sanctioned for failure to appear at the conference on July 18, 2022.

    SO ORDERED.

Dated: July 18, 2022
       New York, New York

                                                       GREGORY H. WOODS
                                                       United States District Judge