

**MEMORANDUM ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/23/2023
```

Re:   *United States v. Kassem Hijazi*, 21 Cr. 183 (GHW)

Dear Judge Woods:

The Government respectfully writes on behalf of the parties to jointly request that the Court reschedule the upcoming sentencing, currently calendared for Friday, May 26, 2023, to Tuesday, June 13 at 1 PM. Defense counsel has informed the Government that, due to personal circumstances and defense counsel's upcoming trial schedule, he is unable to proceed with sentencing on the date initially scheduled, thus necessitating the requested adjournment.

Moreover, as a condition of the defendant's plea, and pursuant to the consent preliminary order of forfeiture executed by the parties and entered by this Court, the defendant is required to remit a payment "on or before" sentencing in the amount of $248,628, representing forfeitable property involved in the offense. (*See* ECF No. 10 ¶ 1). As the defendant has yet to submit the necessary payment, an adjournment is further warranted to ensure that the defendant complies with the terms of his plea agreement.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Assistant United States Attorney
(212) 637-2520

Application granted.  The sentencing hearing scheduled in this matter for May 26, 2023 is adjourned to June 13, 2023 at 1:00 p.m.  The defendant's sentencing submissions are due no later than May 30, 2023; the Government's sentencing submissions are due no later than June 6, 2023.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 31.

SO ORDERED.

Dated:  May 23, 2023
New York, New York   _____
GREGORY H. WOODS
United States District Judge

Cc: Edward Sapone, Esq. (via ECF)