USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :

UNITED STATES OF AMERICA,          :

                                            :

                  -v-                         :           1:21-cr-183-GHW

                                            :

KASSEM HIJAZI,                       :           <u>ORDER</u>

                                            :

                          Defendant.  :

                                            :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        Claimants Lucas Lima and Lima Business USA Corp. (the "Claimants") filed a petition for a hearing pursuant to 21 U.S.C. § 853(n). Dkt. No. 38. Accordingly, the government shall file its response by August 14, 2023. Any reply from the Claimants is due by August 31, 2023. The Court will hold a hearing on October 26, 2023 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: June 27, 2023
New York, New York

                                                              GREGORY H. WOODS
                                                              United States District Judge