```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,               :
                                            :
                -against-                   :
                                            :
    KASSEM HIJAZI,                          :          1:21-cr-183-GHW-1
                                            :
                         Defendant.         :          ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2024

GREGORY H. WOODS, United States District Judge:

      The forfeiture hearing currently scheduled for June 4, 2024 at 10:00 a.m. is rescheduled. The hearing will instead take place on June 14, 2024 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The United States and counsel for third-party petitioners Youssef Ibrahim Herez, Abamo Electronics, Corp., Luciana de Araujo and Lu Trading Inc. as well as any other interested persons are directed to appear for the hearing at that date and time unless otherwise ordered by the Court.

      SO ORDERED.

Dated: May 8, 2024
New York, New York

                                                       GREGORY H. WOODS
                                                    United States District Judge