UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

KASSEM HIJAZI,

                   Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024

1:21-cr-183-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

    Earlier today, the Court entered a final order of forfeiture resolving the claims that were to be addressed at the hearing scheduled to take place on June 14, 2024. As a result, the hearing scheduled for June 14, 2024 is adjourned sine die.

    The Clerk of Court is directed to terminate the motion pending at docket number 79.

    SO ORDERED.

Dated: June 11, 2024
New York, New York

                                                 _____
                                                    GREGORY H. WOODS
                                                 United States District Judge